PD-0129-15    3-26-15

Texas Court of Criminal
Appeals P.O. Box 12308
Austin, Tx 78711

REQUEST to Contact 10th Court Appeals

RE: Appeal no: 10-13-00430-CR
Trial no: 12-00472-CRF-272

Petition for Discretionary Review

FILED IN
COURT OF CRIMINAL APPEALS
APR 01 2015
Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 01 2015
Abel Acosta, Clerk

TO This Honorable Court

Comes Now pro se applicant Quincy Butler requesting that this Court Contact the 14th Court of Appeals because they failed to review my "Motion for Rehearing" FOR want of Jurisdiction when they have Jurisdiction. The 10th Court of Appeals responded late to my extension of time to file My Motion for Rehearing. I file my P.D.R then days later I received a white Card Stating Extension of Time was Granted for the 10th Court of Appeal.

I file A Motion for Stay of the Proceeding Leave with this Honorable Texas Court of Criminal Appeals So that the 10th Court of Appeals could review my motion for rehearing; Now that I've file the motion the 10th Court of Appeals stating that they don't have Jurisdiction and have dismissed My motion without reviewing the merit's.

I request that you all either contact the 10th Court by Court ORDER so that they

Will have established Jurisdiction.

I have enclosed A copy of the
letter from the 10th Court of Appeals
in support of this Request.

Respectfully
Submitted

Quincy Butler
Eastham Dorm 5#
2665 Prison Rd 1#
Lovelady, Tx 75851

Date
3-26-15



# TENTH COURT OF APPEALS

**Chief Justice**
*Tom Gray*

**Justices**
*Rex D. Davis*
*Al Scoggins*

McLennan County Courthouse
501 Washington Avenue, Rm. 415
Waco, Texas 76701-1373
Phone: (254) 757-5200    Fax: (254) 757-2822

**Clerk**
*Sharri Roessler*

March 18, 2015

Mary Jo Holloway
Attorney at Law
10222 Old Stagecoach
Chappell Hill, TX 77426
* DELIVERED VIA E-MAIL *

Quincy Deshan Butler
Allred Unit #1899541
2101 FM 369 N
Iowa Park, TX 76367

Jarvis J. Parsons
Brazos County District Attorney
300 E. 26th Street, Suite 310
Bryan, TX 77803
* DELIVERED VIA E-MAIL *

**RE:**    Court of Appeals Number:   10-13-00430-CR
           Trial Court Case Number:   12-00472-CRF-272

**STYLE:**  Quincy Deshan Butler
           v.
           The State of Texas

Appellant's motion for rehearing was dismissed for want of jurisdiction today.

Sincerely,

SHARRI ROESSLER, CLERK

By: _____
Nell Hegefeld, Deputy Clerk